AO 442 (Rev. 11/11) Arrest Warrant

11674667

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 1:23 pm, May 16, 2024

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00178 |
| AHMED MIKAL BAILEY a/k/a AHMED BAILEY | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 5/16/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   AHMED MIKAL BAILEY,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE;
21 U.S.C. § 846 - CONSPIRACY TO DISTRIUBTE AND POSSESS WITH INTENT TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE

Date:  05/16/2024

*Issuing officer's signature*

City and state:  WASHINGTON, DC

MOXILA A. UPADHYAYA, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 5/16/2024, and the person was arrested on *(date)* 5/17/2024
at *(city and state)* Washington, DC.

Date: 5/17/2024

*Arresting officer's signature*

SCOTT BROWN TFO/FBI/MPD
*Printed name and title*